**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-CR-00127-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JASON ZINK,

       Defendant.

_____

**Order**
_____

       For the reasons stated in court today, defendant's Motion Appealing the Magistrate Judge's Detention Order (Docket #21) is DENIED.

       A hearing on Supervised Release Violation for violations 3 and 4 is set for Thursday, June 22, 2006 at 2:00pm.

       **DONE and ORDERED,** this __7th__ day of June, 2006 at Denver, Colorado.


                       s/Lewis T. Babcock
                       United States District Chief Judge