# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Supervised Release) |
| v. | Case Number:  06-cr-00127-LTB-01 |
| | USM Number:  16900-047 |
| JASON LEE ZINK | Edward R. Harris, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 3, 4, 5, 6, 7, and 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Law Violation (Driving Under the Influence) | 11/07/05 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant has not committed violation 2 and is discharged as to such violation.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                                        September 27, 2006
                                        Date of Imposition of Judgment

                                        s/Lewis T. Babcock
                                        Signature of Judge

                                        Lewis T. Babcock, Chief U.S. District Judge
                                        Name & Title of Judge

                                        October 16, 2006
                                        Date

DEFENDANT:  JASON LEE ZINK
CASE NUMBER:  06-cr-00127-LTB-01                                                              Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Submit Written Reports | 10/05 |
| 4 | Failure to Notify Officer of Change in Residence | 11/07/05 |
| 5 | New Law Violation (Vehicular Eluding) | 12/20/05 |
| 6 | New Law Violation (Possession of a Schedule 2 Controlled Substance) | 12/23/05 |
| 7 | New Law Violation (Possession of a Weapon by a Previous Offender) | 12/23/05 |
| 8 | New Law Violation (Resisting Arrest) | 12/23/05 |

DEFENDANT:  JASON LEE ZINK
CASE NUMBER:  06-cr-00127-LTB-01                                                           Judgment-Page 3 of 3

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months.

      The court recommends that the Bureau of Prisons designate the defendant to a facility in the Phoenix, Arizona, area for service of sentence.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                        UNITED STATES MARSHAL

                                          By_____
                                                    Deputy United States Marshal